ACCEPTED
06-15-00099-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/2/2015 1:16:23 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00099-CR

### IN THE COURT OF APPEALS
### SIXTH APPELLATE DISTRICT OF TEXAS
### AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/2/2015 1:16:23 PM
DEBBIE AUTREY
Clerk

**JAMES FRIEND**                                                                          **Appellant**

**v.**

**STATE OF TEXAS**                                                                      **Appellee**

### APPELLANT'S THIRD MOTION FOR
### EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW** the Appellant, **JAMES FRIEND**, by and through counsel of record, Jason Horton, and for his Third Motion for Extension of Time to File Brief states as follows:

I.

Appellant's Brief is due on October 2, 2015.

II.

Appellant has sought and obtained two prior briefing extensions in this case.

III.

Appellant requests additional time to (1) review the record for all possible points on appeal, and (2) prepare Appellant's brief. Appellant's counsel's trial and appellate caseload and schedule have prevented said attorney from being able to

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Third Motion for Extension of Time to File Brief
Page **1** of **5**

devote the necessary time to complete Appellant's brief. Said caseload and schedule includes, but is not limited to, the following since the Court granted Appellant's second extension request:

■ Preparation for and attendance at pretrial hearing in *State of Arkansas vs. Jerry Christopher Reed*, pending in the Circuit Court of Pike County, Arkansas, on September 14, 2015;

■ Preparation for and attendance at sentencing hearing in *State of Arkansas vs. Stefanie Wilkerson*, pending in the Circuit Court of Pike County, Arkansas, on September 14, 2015;

■ Preparation for and attendance at pretrial hearing in *State of Texas v. Daniel Moya*, pending in the County Court at Law of Bowie County, Texas, on September 14, 2015;

■ Preparation for and attendance at pretrial hearing in *State of Arkansas v. Jason Southerland*, pending in the Circuit Court of Little River County, Arkansas, on September 15, 2015;

■ Preparation for and attendance at plea and sentencing hearing in *State of Arkansas v. Creighton Flowers*, pending in the Circuit Court of Howard County, Arkansas, on September 16, 2015;

■ Preparation for and attendance at Driver Control hearing in *Arkansas Department of Finance and Administration v. Jered Landrum*, on September 18, 2015;

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Third Motion for Extension of Time to File Brief
Page **2** of **5**

■ Preparation for and attendance at hearing in *Pender v. McDougal*, pending in the Circuit Court of Miller County, Arkansas, on September 18, 2015;

■ Preparation for and attendance at expunction hearing in *In Re Mario Meza*, pending in the 202nd District Court of Bowie County, Texas, on September 21, 2015;

■ Preparation for and attendance at parole revocation hearing at the Sevier County Jail in *Arkansas Board of Pardons and Paroles v. Doyle Whisenhunt*, on September 24, 2015;

■ Preparation for and attendance at pretrial hearing in *State of Texas v. Devon Martin*, pending in the 5th District Court of Bowie County, Texas, on September 25, 2015;

■ Make final revisions to and filing of Appellee's Brief in *Alicia Dawn Neumann v. Lloyd Draughon Smith*, pending in the Arkansas Court of Appeals, from September 24-25, 2015;

■ Preparation for and attendance at Miller County criminal docket in the Circuit Court of Miller County, Arkansas, on September 29, 2015 (full day);

■ Preparation for and attendance at bond returnable hearing in *State of Arkansas v. Cheyenne Foster*, pending in the Circuit Court of Miller County, Arkansas, on September 29, 2015; and

■ Preparation for and attendance at Miller County juvenile docket in the Circuit Court of Miller County, Arkansas, on September 30, 2015.

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Third Motion for Extension of Time to File Brief
Page **3** of **5**

IV.

In addition to the above, Appellant's counsel prepared for trial in *State of Arkansas v. Quinton Hope*, an alleged shaken baby case pending in the Circuit Court of Miller County, Arkansas, from September 16-29, 2015. Jury selection was scheduled to begin on October 5, 2015, but, due to evidentiary issues, Circuit Court Judge Carlton Jones continued the case for trial in 2016 on September 29, 2015.

V.

This motion is made in good faith and not for purposes of delay.

VI.

Without additional time, Appellant will be denied effective assistance of counsel on appeal, to which he is entitled.

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Third Motion for Extension of Time to File Brief
Page **4** of **5**

**WHEREFORE,** Appellant requests that the deadline for the filing of his Brief be extended thirty (30) days, and for any such other relief to which he may be entitled.

Respectfully submitted,

JASON HORTON LAW FIRM
114 West Broad Street
Texarkana, Texas 75501
*Mail to:*
P.O. Box 1596
Texarkana, Texas 75504
T- (903) 792-2000
F- (903) 792-2100

BY: /s/ Jason Horton
Jason Horton
jason@jasonhortonlaw.com
Texas Bar Number 24041130

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

On this 2nd day of October, 2015, I hereby certify that a true and correct copy of the foregoing instrument will be served on the Bowie County District Attorney's Office, according to the Texas Rules of Appellate Procedure and the rules of this Court.

/s/ Jason Horton
Jason Horton

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Third Motion for Extension of Time to File Brief
Page **5** of **5**